```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 12857
    JAMES EARL MONROE
    CHRISTINE EUNICE MONROE                      CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8213     SSN XXX-XX-4177

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/10/2006 and was confirmed 11/30/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  19.00%.

      The case was dismissed after confirmation 07/26/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
 WASHINGTON MUTUAL          CURRENT MORTG          .00           .00           .00
 WASHINGTON MUTUAL          MORTGAGE ARRE     11313.00           .00           .00
 DRIVE FINANCIAL SERVICES   SECURED VEHIC     16550.00           .00       1759.81
 DRIVE FINANCIAL SERVICES   UNSECURED           361.91           .00           .00
 NATIONWIDE ACCEPTANCE~     SECURED VEHIC      5402.91           .00        714.89
 NATIONWIDE ACCEPTANCE~     UNSECURED         NOT FILED          .00           .00
 TCF NATIONAL BANK          UNSECURED         NOT FILED          .00           .00
 CAPITAL ONE                UNSECURED           966.26           .00           .00
 CAPITAL ONE BANK           UNSECURED         NOT FILED          .00           .00
 AMERITECH FACC ILLIOIS     UNSECURED         NOT FILED          .00           .00
 ASPIRE                     UNSECURED           529.76           .00           .00
 BCS WIRELESS/ATT WIRELES   UNSECURED         NOT FILED          .00           .00
 WOW INTERNET & CABLE SER   UNSECURED         NOT FILED          .00           .00
 COMCAST                    UNSECURED         NOT FILED          .00           .00
 ADVOCATE BETHANY HOSPITA   UNSECURED         NOT FILED          .00           .00
 HSBC/CARSONS               UNSECURED         NOT FILED          .00           .00
 LOYOLA UNIVERSITY PHYNS    UNSECURED         NOT FILED          .00           .00
 EVERGREEN MEDICAL SPECIA   UNSECURED         NOT FILED          .00           .00
 CHRIST MEDICAL CENTER      UNSECURED         NOT FILED          .00           .00
 TRINITY HOSPITAL           UNSECURED         NOT FILED          .00           .00
 PEOPLES GAS LIGHT & COKE   UNSECURED           959.69           .00           .00
 SEVENTH AVENUE             UNSECURED         NOT FILED          .00           .00
 FINGERHUT CREDIT ADVANTA   UNSECURED           583.21           .00           .00
 DEVON FINANCIAL SERVICES   PRIORITY            316.55           .00           .00
 DOLLIE I WARREN REED       DEBTOR ATTY       2,550.00                       235.00
 TOM VAUGHN                 TRUSTEE                                          161.40
 DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 12857 JAMES EARL MONROE & CHRISTINE EUNICE MONROE
```

```
TRUSTEE                                      2,871.10

PRIORITY                                                              .00
SECURED                                                          2,474.70
UNSECURED                                                             .00
ADMINISTRATIVE                                                     235.00
TRUSTEE COMPENSATION                                               161.40
DEBTOR REFUND                                                         .00
                                       ---------------    ---------------
TOTALS                                       2,871.10           2,871.10
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/23/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
     CASE NO. 06 B 12857 JAMES EARL MONROE & CHRISTINE EUNICE MONROE